```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```

**FILED**

FEB 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 09 CV 0457 MCE EFB |
| Plaintiff, | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | |
| APPROXIMATELY $44,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on February 13, 2009, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $44,500.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent, Christopher W. DeFreece, there is probable cause to believe that the defendant currency so described constitutes property that is subject to

1  forfeiture for such violation(s), and that grounds for issuance
2  of a Warrant for Arrest of Articles *In Rem* exist, pursuant to
3  Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or
4  Maritime Claims and Asset Forfeiture Actions;
5    IT IS HEREBY ORDERED that the Clerk for the United States
6  District Court, Eastern District of California, shall issue a
7  Warrant for Arrest of Articles *In Rem* for the defendant currency.
8  Dated: 2-17-09

CRAIG M. KELLISON
United States Magistrate Judge

2