LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CV-00457-MCE-EFB |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| APPROXIMATELY $44,500.00 IN | ) | |
| U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on an official internet government forfeiture site;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

////

1       3.      The defendant Approximately $44,500.00 in U.S. Currency
2  (hereafter "defendant currency"), was seized in the city of
3  Rescue, in El Dorado County, California.  The Drug Enforcement
4  Agency published notice of the nonjudicial forfeiture of the
5  defendant currency on November 3, 10, and 17, 2008, in the <u>Wall
6  Street Journal</u>.
7       4.      Plaintiff proposes that publication be made as follows:
8               a.      One publication;
9               b.      Thirty (30) consecutive days;
10              c.      On the official internet government forfeiture
11 site <u>www.forfeiture.gov</u>;
12              d.      The publication is to include the following:
13                      (1)     The Court and case number of the action;
14                      (2)     The date of the arrest/seizure;
15                      (3)     The identity and/or description of the
16 property arrested/seized;
17                      (4)     The name and address of the attorney for the
18 Plaintiff;
19                      (5)     A statement that claims of persons entitled
20 to possession or claiming an interest pursuant to Supplemental
21 Rule G(5) must be filed with the Court and served on the attorney
22 for the Plaintiff no later than 60 days after the first day of
23 publication on the official internet government forfeiture site;
24 and
25                      (6)     A statement that answers to the Complaint or
26 a motion under Rule 12 of the Federal Rules of Civil Procedure
27 must be filed and served within 20 days after the filing of the
28 ///

1  claims and that, in the absence thereof, default may be entered
2  and condemnation ordered.
3  Dated: 2/13/09                    LAWRENCE G. BROWN
                                     Acting United States Attorney


                                     /s/Saralyn M. Ang-Olson
                                     SARALYN M. ANG-OLSON
                                     Special Assistant United States
                                     Attorney



                        **ORDER**


    IT IS SO ORDERED.

Dated:  February 23, 2009.
                                     _____
                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

3